UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Alim Sabr,

Debtor.

Case No.:      23-12898-RG

Chapter:             13

Hearing Date:      6/7/2023

Judge:          Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled             ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 12)

_____

Date: 6/6/2023                    /s/ Denise Carlon
                                  Signature

*rev.8/1/15*