UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054
(856) 985-4059
Attorneys for MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB

In Re:
Alim Sabr

Debtor

Case No.:    23-12898-RG

Chapter:    13

Judge:    Rosemary Gambardella

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Manufacturers and Traders Trust Company aka M&T Bank, et al . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: November 15, 2023

/s/ Brian E. Caine
Signature

*new.8/1/15*